UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO BUTTANY,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARRACKAS,<br><br>Defendant. | No. 2:19-cv-2065 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 1, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2019, ECF No. 3, are ADOPTED in full;

2. Plaintiff's request to proceed in forma pauperis, ECF No. 2, is GRANTED;

1

3. The Complaint, ECF No. 1, is DISMISSED for lack of federal jurisdiction;

4. Leave to amend is DENIED because amendment would be futile; and

5. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE